FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2021

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### REQUEST FOR OUT OF COUNTRY TRAVEL

Name of Offender: Anna Daisy Gonzalez
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr.
Docket No: 1:14CR02023-SMJ-2

### PETITIONING THE COURT

A supervision report was submitted to the Court providing information regarding the above offender's request to travel out of the county. The U.S. Probation/Pretrial Services Officer is seeking the Court's approval for Anna Daisy Gonzalez to travel out of the country.

Respectfully submitted by,

| s/Araceli Mendoza | 07/14/2021 |
|---|---|
| Araceli Mendoza | Date |
| U.S. Probation Officer | |

### THE COURT ORDERS

Having reviewed the United States Probation/Pretrial Services Officer's request for offender's travel, IT IS HEREBY ORDERED, THE COURT:

[X] **Approves travel request**
[ ] **Denies travel request**
[ ] **Other**

_____
Signature of Judicial Officer

07/14/2021
Date